**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:24-cv-01793-CEM-LHP

MICHAEL R. MCNEIL,

  Plaintiff,

vs.

CIRCLE K STORES, INC., et al.,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendant, CIRCLE K STORES, INC., d/b/a CIRCLE K STORES #6504. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 25th day of November 2024.

By:/s/Sara Howeller, Esq._____
Sara Howeller, Esq.
Florida Bar Number: 847100
Attorney for Plaintiff
The Law Offices of Sara Howeller
1732 Ronald Reagan Blvd
Longwood, Florida 32750
Telephone: 407-977-7822
Facsimile: 844-300-7287
Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of November 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Sara Howeller, Esq.
      Sara Howeller, Esq.
      Florida Bar Number: 847100
      Attorney for Plaintiff
      The Law Offices of Sara Howeller
      1732 Ronald Reagan Blvd
      Longwood, Florida 32750
      Telephone: 407-977-7822
      Facsimile: 844-300-7287
      Email: DHoweller@gmail.com